IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRUCE EDWIN LEE,

      Plaintiff,

vs.                                               No. CIV 15-0192 JB/GBW

BERNALILLO COUNTY and
BERNALILLO COUNTY
METROPOLITAN DETENTION
CENTER,

      Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      **THIS MATTER** comes before the Court to consider Plaintiff Bruce Edwin Lee's failure to respond to the Order to Cure Deficiency, filed March 9, 2015 (Doc. 6)("Order").  In the Order, the Honorable Gregory B. Wormuth, United States Magistrate Judge for the District of New Mexico, ordered Lee to file, within thirty days of the date of the Order, a certified copy of Lee's inmate account statement for the six-month period immediately preceding the filing of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed March 4, 2015 (Doc. 6).  See Order at 1.  Judge Wormuth warned Lee that "[f]ailure to cure the designated deficiency within thirty (30) days from entry of this order may result in dismissal of this action without further notice."  Order at 1.

      Lee has not provided a certified copy of his inmate account statement for the immediately preceding six-month period.  Because Lee has failed to respond to the Order, the Court will dismiss the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 4, 2015 (Doc. 1), without prejudice.

- 2 -

**IT IS ORDERED** that the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 4, 2015 (Doc. 1), is dismissed without prejudice.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

*Party:*

Bruce Edwin Lee
Metropolitan Detention Center
Albuquerque, New Mexico

    *Plaintiff pro se*